UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Duane Larson, Ronald Morris, Jr. Robert Cogger, Thomas E. Fisher, Thomas J. Warnke, individually and on behalf of all others similarly situated.<br><br>Plaintiffs,<br><br>vs.<br><br>The Burlington Northern Santa Fe Railway Company, a corporation,<br><br>Defendant. | Civil No. 01-CV-527 RHK/RLE<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

**STIPULATION**

The undersigned parties hereby stipulate to allow The Burlington Northern Santa Fe Railway Company an extension of time to answer or otherwise plead until May 21, 2001.

Dated: 4-16, 2001.

INGEBRITSON & ASSOCIATES LLP

By [signature]
Robert J. King, Jr.
100 South Fifth Street, Suite 450
Minneapolis, MN 55402
Telephone: (612) 340-8290
***Attorneys for Plaintiffs Duane Larson, et al***

Dated: 4/13, 2001.

LINDQUIST & VENNUM, P.L.L.P.

By [signature] on behalf of EMG
Edward M. Glennon
80 South Eighth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 371-3211
***Attorneys for The Burlington Northern Santa Fe Railway Company***

Doc# 1386261\1

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Based upon the above stipulation, the Court orders that Defendant The Burlington Northern Santa Fe Railway Company's time to answer or otherwise plead in the above-entitled matter is extended until May 21, 2001.

Dated: 4/18, 2001.

Raymond L. Erickson
The Honorable Raymond L. Erickson
United States District Court Magistrate Judge