240401

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-527 RHK/RLE

Case Title: Duane Larson, et al. V. Burlington Northern Santa Fe Railway Company

Affidavit of Movant

I, Christopher H. Yetka, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Douglas A. Albritton, an attorney admitted to practice in the Northern and Central Districts of Illinois, but not admitted to the bar of this court, who will be counsel for the ()plaintiff (X)defendant Burlington Northern Santa Fe Railway Company in the case(s) listed above, and that I accept service of all papers served.

Signature: [signature]

241866
MN Attorney License #

5-17-01
Date

Law Firm Name & Address: Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Affidavit of Proposed Admittee

I, Douglas A. Albritton, am currently a member in good standing of the U.S. District Court for the Northern and Central Districts of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Douglas A. Albritton
Type/Print Name

Signature: [signature]

5/16/01
Date

Attorney License Number: 6228734

Law Firm Name & Address: Freeborn & Peters
Suite 3000, 311 South Wacker Drive
Chicago, IL 60606-6677
Telephone: (312) 360-6000

Motion Granted: Francis E. Dosal [signature]
For the Court: Francis E. Dosal, Clerk

MAY 18 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 18 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Doc# 1394530\1