IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Duane Larson, Ronald Morris, Jr., Robert Cogger, Thomas E. Fisher, Thomas J. Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

The Burlington Northern Santa Fe Railway Company, a corporation,

Defendants.

Civil No.: 01-CV-527 RHK/RLE

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

## STIPULATION

The undersigned parties hereby stipulate to allow Duane Larson, *et al.*, otherwise known as the Plaintiffs in the above-captioned action, an extension of time to respond to Defendant's Motion to Dismiss until July 23, 2001, and to allow defendant, The Burlington Northern Santa Fe Railway Company, an extension of time to serve a Reply until August 14, 2001.

Dated: 6-21, 2001.

INGEBRITSON & ASSOCIATES, L.L.P.

By: ____________________
Robert J. King, Jr.
100 S. Fifth Street, Suite 450
Minneapolis, MN 55402
(612) 340-8290
***Attorneys for Plaintiffs Duane Larson, et al.***

FILED JUL 02 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Doc# 1407988\1

Dated: 6-20, 2001.

LINDQUIST & VENNUM, P.L.L.P.

By: ______________________

Edward M. Glennon, #35403
Christopher H. Yetka, #241866
80 South Eighth Street, Suite 4200
Minneapolis, MN 55402
Telephone: (612) 371-3211
***Attorneys for The Burlington Northern and Santa Fe Railway Company***

**ORDER**

Based upon the above stipulation, the Court orders that Plaintiffs, Duane Larson, *et al.*'s time to respond to Defendant's Motion to Dismiss in the above-captioned matter is extended until **July 23, 2001**, and Defendant's time to serve a Reply is extended until **August 14, 2001**.

Dated: 7/02, 2001.

______________________
The Honorable Raymond L. Erickson
United States District Court Magistrate Judge