**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Duane Larson, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Civ. No. 01-527 (RHK/RLE)
**ORDER**

Burlington Northern & Santa Fe Railway Company,

Defendant.

---

Before the Court is the Defendant's Motion to Dismiss, the briefing on which was completed on August 14, 2001. On August 16, 2001, Plaintiffs filed and served an Amended Complaint. The Court received from Plaintiffs' counsel yesterday -- August 22, 2001 -- a copy of the Amended Complaint, together with a letter from Plaintiffs' counsel representing that the Amended Complaint "moots" the Defendant's pending Motion to Dismiss. Based on the foregoing, and all of the files, records, and proceedings herein, **IT IS ORDERED** that:

1. Defendant's Rule 12(b)(6) Motion to Dismiss will be heard as originally scheduled, before the undersigned at 10:30 a.m. on Tuesday, August 28, 2001, **in Duluth, Minnesota**.

2. Plaintiffs' counsel shall submit to opposing counsel and the undersigned (at



FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

chambers in Saint Paul) by 4:30 p.m. on Friday, August 24, 2001, a detailed narrative description of (a) how the Amended Complaint differs from the original Complaint, and (b) why the differences "moot" the Defendant's pending Motion to Dismiss.

3. Plaintiffs' counsel shall also furnish to the undersigned (at chambers in Saint Paul) and opposing counsel by 4:30 p.m. on Friday, August 24, 2001, written reasons as to why Plaintiffs' intention to file an Amended Complaint was not communicated to the Court until Wednesday, August 22, 2001. Plaintiffs' counsel are hereby put on notice that the Court is considering the imposition of sanctions for their failure to advise the Court in a timely manner of Plaintiffs' intent to claim that the Amended Complaint renders the pending Motion to Dismiss moot, thus causing the Court and opposing counsel to expend resources on the pending Motion to Dismiss that are (at least from Plaintiffs' standpoint) unnecessary.

4. Plaintiffs' counsel shall be prepared at the hearing in Duluth, Minnesota, to explain why the 59-page Amended Complaint should not be stricken (with leave to refile) on the grounds that it violates Rule 8(a)(2) of the Federal Rules of Civil Procedure, which states that "[a] pleading which sets forth a claim for relief . . . shall contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief."

Dated: August 23, 2001

RICHARD H. KYLE
United States District Judge