**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Duane Larson, Ronald Morris, Jr.,
Robert Cogger, Thomas E. Fisher,
Thomas J. Warnke, individually and
on behalf of all others similarly situated,

Plaintiffs,

Civ. No. 01-527 (RHK/RLE)

v.

**ORDER**

The Burlington Northern & Santa Fe
Railway Company, a corporation,

Defendant.

---

Defendant shall reply to Plaintiff's response to this Court's Order of August 23, 2001, and to counsel for plaintiff's August 22, 2001, letter to the undersigned. Said reply said be furnished to Plaintiff's counsel and to the Court (in St. Paul) by 3:00 p.m., Monday, August 27, 2001.

Dated: August 24, 2001

RICHARD H. KYLE
United States District Judge

FILED AUG 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________