FILED
01 AUG 28 AM 11:04
CLERK, U.S. DIST. COURT
DULUTH, MN

# UNITED STATES DISTRICT COURT

**District of Minnesota**

**Clerk's Office, 708 Federal Building,**

**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: CV01-527RHK/RLE

Case Title: Duane Larson, et al., Plaintiffs, v. Burlington Northern and Santa Fe Railway Company, Defendant

**Affidavit of Movant**

I, Russell A. Ingebritson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Philip G. Arnold, an attorney admitted to practice in the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Duane Larson, et. al., in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature] 48860 27 August 2001

Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Philip G. Arnold, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Philip G. Arnold [signature] 8-24-01

Type/Print Name Signature Date

Attorney License Number: 2675

Law Firm Name & Address: Ingebritson & Associates, L.L.P.
2125 Fifth Avenue
Seattle, Washington 98121

Telephone: (206) 374-3150

Motion Granted: [signature]

For the Court: Richard D. Sletten, Clerk

Date 8/28/01

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

25

AUG ... SCANNED ...

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: CV01-527RHK/RLE

Case Title: Duane Larson, et al., Plaintiffs, v. Burlington Northern and Santa ~~Fe Railway Company, Defen~~dant

**Affidavit of Movant**

I, Russell Ingebritson, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Chris R. Young, an attorney admitted to practice in the ______ District of Montana, but not admitted to the bar of this court, who will be counsel for the (XX)plaintiff ()defendant Duane Larson, et al in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: [signature]

MN Attorney License #: 48860

Date: 8-27-01

**Affidavit of Proposed Admittee**

I, Chris R. Young, am currently a member in good standing of the U.S. District Court for the ______ District of Montana, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Chris R. Young

Signature: [signature]

Date: 8/22/01

Attorney License Number: 1682

Law Firm Name & Address: Chris R. Young
Attorney at Law P.O. Box 1070
Havre, Montana 59501

Telephone: (406) 265 4396

Motion Granted: [signature]

For the Court: Richard D. Sletten, Clerk

Date: 8/28/01

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

(24)

FILED AUG 28 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______