**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Duane Larson, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Burlington Northern & Santa Fe Railway Company,

Defendant.

Civ. No. 01-527 (RHK/RLE)

**SCHEDULING ORDER Re: MOTION TO DISMISS**

---

1. Defendant shall serve and file a Motion to Dismiss the Amended Complaint and supporting Memorandum by September 18, 2001.

2. Plaintiffs shall serve and file their opposition Memorandum by October 9, 2001. Plaintiffs' opposition Memorandum shall not exceed fifty (50) pages.

3. Defendant shall serve and file its reply Memorandum by October 23, 2001. Defendant's supporting Memorandum and reply Memorandum, combined, shall not exceed fifty (50) pages.

4. The Court will hear oral arguments at 10:30 a.m. on Friday, November 2, 2001 in Duluth, Minnesota.

Dated: August 29, 2001

RICHARD H. KYLE
United States District Judge



FILED AUG 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK