IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT IF MINNESOTA

Duane Larson, Ron Morris, Jr., Robert Cogger, Tom Fisher, and Tom Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

Burlington Northern Santa Fe Railway Company, a corporation,

Defendant.

CIVIL FILE NO. 01-CV-527 RHK/RLE

**STIPULATION FOR PRESERVATION OF EVIDENCE**

---

The parties to this agreement, acting through their counsel, hereby stipulate and agree that defendant will preserve and not discard, alter, or destroy, all evidence it produced, obtained, or identified in discovery in, or identified or assembled in connection with, litigation styled **The Atchison, Topeka and Santa Fe Railway Co. v. Stonewall Insurance Company, *et al***, No. 94 CV 1464, District Court of Shawnee County, Kansas, and **Burlington Northern Railroad Co. v. Aetna Casualty and Surety Co, *et al***, No. 92MR0164, St. Clair County Court, Illinois, until further order

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

of this court.

DATED: 4-13, 2001

INGEBRITSON & ASSOCIATES, L.L.P.

By [signature]
RUSSELL A. INGEBRITSON, #48860
ROBERT J. KING, JR., #55906
Attorneys for Plaintiff
100 South Fifth Street, Suite 450
Minneapolis, MN 55402
Telephone: (612) 340-8290

DATED: 4/13, 2001

LINDQUIST & VENNUM, P.L.L.P.

By [signature] on behalf of EMG
EDWARD GLENNON
Attorneys for Defendant
4200 IDS Center
Minneapolis, MN 55402
(612) 904-2527

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT IF MINNESOTA

Duane Larson, Ron Morris, Jr., Robert Cogger, Tom Fisher, and Tom Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

Burlington Northern Santa Fe Railway Company, a corporation,

Defendant.

CIVIL FILE NO. 01-CV-527 RHK/RLE

**ORDER FOR PRESERVATION OF EVIDENCE**

---

Pursuant to the stipulation of the parties and for good cause,

IT IS HEREBY ORDERED:

Defendant shall preserve and not discard, alter, or destroy, all evidence it produced, obtained, or identified in discovery in, or identified or assembled in connection with, litigation styled **The Atchison, Topeka and Santa Fe Railway Co. v. Stonewall Insurance Company, *et al***, No. 94 CV 1464, District Court of Shawnee County, Kansas, and **Burlington Northern Railroad Co. v. Aetna Casualty and Surety Co, *et al***, No. 92MR0164, St. Clair County Court, Illinois, until further order of this court.

DATED: 4/18, 2001

Raymond L. Erickson

Honorable Magistrate Judge
Raymond L. Erickson

FILED APR 18 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______