UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

* * * * * * * * * * * * * * * * * *

Duane Larson, et al.,

Plaintiffs,

vs. NOTICE OF HEARING

Burlington Northern and
Santa Fe Railway Company,

Defendant. Civ. No. 01-527(RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 5th day of February, 2002.

* * *

The Defendant's Motion to Disqualify [Docket No. 43] is set for Hearing for Thursday, 1:30 p.m., February 28, 2002, in Duluth, Minnesota. The Court has a scheduling conflict and the Hearing is reset for **2:00 p.m., Thursday, February 28, 2002, in Court Room 8E, United States Courthouse, Minneapolis, Minnesota.**

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
United States Magistrate Judge

47

FILED FEB 05 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK