UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Duane Larson, Ronald Morris, Jr., Robert Cogger, Thomas E. Fisher and Thomas J. Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

NOTICE OF HEARING

The Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

Civ. No. 01-527 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 22nd day of April, 2002.

* * *

The Pretrial Conference set for Thursday, April 18, 2002, will be heard in Court Room 12W, United States Courthouse, Minneapolis, Minnesota, at 1:30 p.m.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

65

FILED APR 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK