UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Duane Larson, Ronald Morris, Jr., Robert Cogger, and Thomas E. Fisher, Thomas J. Warnke, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

MINUTE ORDER

The Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

Civ. No. 01-527 (RHK/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 17th day of May, 2002.

* * *

On May 16, 2002, the Court heard argument on the Defendant's Motion to file excerpts from the medical records of the Plaintiff Robert Cogger under seal. At the time of the Hearing, the Plaintiffs appeared by Richard A. Lockridge, Russell A. Ingebritson, Phillip G. Arnold, and Robert J. King, Jr., Esqs.; and the Defendant appeared by Weston W. Marsh, and Edward M. Glennon, Esqs. The Motion was unopposed and, therefore, the same is granted.

NOW, THEREFORE, It is --

74

FILED MAY 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

That the Defendant's Motion to File Personal Medical Records Under Seal [Docket No. 69] is GRANTED, and the Defendant is directed to file with the Clerk of Court, forthwith, the referenced Records under seal.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE