# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION *PRO HAC VICE*

Case Title: Duane Larson, et al. v. Burlington Northern Santa Fe Railway Company

Case Number: 01-CV-527 ~~RHK~~ JEL/RLE

Affidavit of Movant

I, Christopher H. Yetka, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* Steven E. Cyranoski, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X) defendant Burlington Northern Santa Fe Railway Company in the case(s) listed above, and that I accept service of all papers served.

Signature

241866
MN Attorney License #

7-22-02
Date

Law Firm Name & Address: Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Affidavit of Proposed Admittee

I, Steven E. Cyranoski, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Steven E. Cyranoski
Type/Print Name

Signature

7/12/02
Date

Attorney License Number: 6210247

Law Firm Name & Address: Freeborn & Peters
Suite 3000, 311 South Wacker Drive
Chicago, IL 60606-6677
Telephone: (312) 360-6000

Motion Granted:
For the Court: Francis E. Dosal, Clerk

JUL 22 2002
Date

Note: The original of this form and the *Pro Hac Vice* admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED JUL 22 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc# 1394530\1