UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Duane Larson, Ronald Morris, Jr., Robert Cogger, and Thomas E. Fisher, Thomas J. Warnke, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs. MINUTE ORDER

The Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant. Civ. No. 01-527 (JEL/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 25th day of October, 2002.

* * *

By Order dated September 9, 2002, we established deadlines for the close of discovery, and for the service and filing of a Class Certification Motion, as October 24, 2002. We further advised that, "absent some particularly compelling reason to do so, we will not entertain a further Motion to extend the deadlines." We recognized, however, that the service and filing of the Motion for Certification, if coterminous with the close of discovery, would potentiate toward denying the Plaintiffs an opportunity to include any pertinent discovery -- particularly that obtained in close

OCT 25 2002

123

JEd

proximity to October 24, 2002 -- in that Motion. Further, our prior Order did not purport to include a briefing schedule for the Certification Motion.

The parties now informally, and jointly, advise that discovery is coming to a conclusion, with only four additional depositions to complete, and they ask for relief from the October 24, 2002, deadline. Specifically, they request the extension of that deadline to December 15, 2002, with an allowance of thirty additional days in which the Defendant may submit its responsive papers to the Motion to Certify. Good cause for a modest extension has been shown. We will allow discovery to extend beyond the deadline of October 24, 2002, but it will conclude -- in every respect -- by no later than November 15, 2002. The Plaintiffs Motion for Class Certification, and supporting papers, shall be served and filed by no later than December 15, 2002, and the Defendant's responsive papers will be served and filed on January 15, 2003. The Plaintiffs do not request the allowance of a reply and, absent a cogent, and particularized showing, no reply briefing will be allowed.

NOW, THEREFORE, It is --

ORDERED:

That the parties' joint, informal Motion for an extension in the deadlines established by our prior Order of September 9, 2002, is GRANTED, and the parties shall have until **November 15, 2002**, in

which to complete their discovery; the Plaintiffs shall have until **December 15, 2002**, to serve and file their Motion to Certify the Class, with supporting papers; and the Defendant shall have until **January 15, 2003**, to serve and file its responsive papers.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE