UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Duane Larson, Ron Morris, Jr., Robert Cogger, and Tom Fisher, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

The Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

Court File No.: CV 01-527 JEL/RLE

**ORDER GRANTING EXTENSION OF BRIEFING DEADLINES FOR SUMMARY JUDGMENT**

---

**CAME ON TO BE CONSIDERED** the unopposed motion of Plaintiffs to allow them until March 10, 2003 to respond to Defendant's motions for summary judgment and to allow Defendant until March 24, 2003 to reply. The Court, after considering the Motion, finds that it should in all things be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs responsive memoranda to summary judgment and supporting documents are due to be filed with this Court on March 10, 2003 and that Defendant's reply to said responses are due to be filed with this Court on March 24, 2003.

Signed on March 3, 2003

United States District Court Judge Joan Ericksen Lancaster

FILED MAR 0 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____