UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Duane Larson, Ron Morris, Jr., Robert Cogger, and Tom Fisher, individually, and on behalf of all others similarly situated,

Plaintiffs,

vs.

The Burlington Northern and Santa Fe Railway Company, a corporation,

Defendant.

Court File No.: CV 01-527 JEL/RLE

**ORDER GRANTING EXTENSION OF BRIEFING DEADLINES FOR CLASS CERTIFICATION**

---

**CAME ON TO BE CONSIDERED** the unopposed motion of Plaintiffs to allow them until April 14, 2003 to serve and file their Motion and Memorandum to Certify the Class and to allow Defendant until May 26, 2003 to respond. The Court, after considering the Motion, finds that it should in all things be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs Motion and Memorandum to Certify the Class are due to be filed with this Court on April 14, 2003 and that Defendant's response to said motion and memorandum is due to be filed with this Court on May 26, 2003.

Signed on April 2, 2003

United States District Court Judge Joan Ericksen Lancaster

APR 02 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK