UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Duane Larson, Ronald Morris, Jr., Robert Cogger, Thomas Fisher, and Thomas Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Civ. No. 01-527 (JNE/RLE)
ORDER

The Burlington Northern and Santa Fe Railway Company,

Defendant.

This matter is before the Court on Plaintiffs' appeal from an Order issued by the Honorable Raymond L. Erickson, United States Magistrate Judge, on February 13, 2003. Having reviewed the record and the arguments raised by the parties on appeal, the Court concludes that the Magistrate Judge's Order must be affirmed because it is neither "clearly erroneous" nor "contrary to law." *See* 28 U.S.C. § 636(b)(1)(A) (2000); Fed. R. Civ. P. 72(a); D. Minn. R. 72.1(b)(2). Therefore, IT IS ORDERED THAT:

1. The Magistrate Judge's February 13, 2003, Order [Docket No. 147] is AFFIRMED.

Dated: April 22, 2003

JOAN N. ERICKSEN
United States District Judge

APR 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS