**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Duane Larson, Ronald Morris, Jr., Robert Cogger, and Thomas E. Fisher, Individually and on behalf of all others similarly situated,

Plaintiffs,

v.

The Burlington Northern & Santa Fe Railway Company,

Defendant.

01cv527 (JNE/RLE)

**AMENDED**
**NOTICE OF HEARING**

---

**TAKE NOTICE** that **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND DEFENDANT'S MOTION TO STRIKE** are scheduled for Wednesday, September 17, 2003 at 10:00 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: July 15, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

FILED JUL 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______