UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Duane Larson, Ronald Morris, Jr., Robert Cogger, Thomas Fisher, and Thomas Warnke, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Civ. No. 01-527 (JNE/RLE)
ORDER

The Burlington Northern and Santa Fe Railway Company,

Defendant.

This case is before the Court on Defendant's request to establish a briefing schedule for a Motion to Strike Plaintiffs' Reply Memorandum in Support of Motion for Class Certification or, Alternatively, for Leave to File Sur-Reply and for Fees and Costs. The Court establishes the following briefing schedule. Defendant shall file its motion and supporting memorandum of law by August 8, 2003. Plaintiffs shall file their memorandum of law in response to Defendant's motion by August 15, 2003. None of the memoranda shall exceed 10 pages. Unless otherwise ordered, the Court will decide the motion without oral argument.

IT IS SO ORDERED.

Dated: July 31, 2003

JOAN N. ERICKSEN
United States District Judge

FILED JUL 31 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS