UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Duane Larson, Ronald Morris, Jr., Robert Cogger, and Thomas Fisher, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

Civ. No. 01-527 (JNE/RLE)
ORDER

The Burlington Northern and Santa Fe Railway Company,

Defendant.

This case is before the Court on Defendant's Motion to Strike Plaintiffs' Reply Memorandum in Support of Class Certification and, Alternatively, for Leave to File Sur-reply and for Fees and Costs. The Court has received memoranda of law, affidavits, and exhibits from Plaintiffs and Defendant. Having reviewed the materials submitted by the parties, the Court denies the motion. Therefore, IT IS ORDERED THAT:

1. Defendant's Motion to Strike Plaintiffs' Reply Memorandum in Support of Class Certification and, Alternatively, for Leave to File Sur-reply and for Fees and Costs [Docket No. 215] is DENIED.

Dated: September 2, 2003

JOAN N. ERICKSEN
United States District Judge

SEP 0 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS