# UNITED STATES DISTRICT COURT

## District of Minnesota

Duane Larson, Ronald Morris, Jr., Robert Cogger, and Thomas Fisher, individually and on behalf of all others similarly situated,

V.

The Burlington Northern and Santa Fe Railway Company,

## JUDGMENT IN A CIVIL CASE

Case Number: 01-527 JNE/RLE

9 **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

9 **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

BNSF's motion for summary judgment against plaintiff Robert Cogger is granted.

BNSF's motion for summary judgment against plaintiff Thomas Fisher is granted.

BNSF's motion for summary judgment against plaintiff Ronald Morris, Jr., is granted.

BNSF's motion for summary judgment against plaintiff Duane Larson is granted.

Plaintiffs' motion for class certification is denied.

BNSF's motion for summary judgment against plaintiff Duane Larson on the Issue of Causation is denied as moot.

The amended complaint is dismissed.

March 31, 2004
Date

RICHARD D. SLETTEN, CLERK

s/Julie Rustad
(By) Julie Rustad, Deputy Clerk