# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 04-2186

| | | |
|---|---|---|
| Duane Larson; Ronald Morris, Jr.; Robert Cogger; Thomas Fisher; individually and on behalf of all others similarly situated, | * | Appeal from the United States District Court for the District of Minnesota |
| Plaintiffs - Appellants, | * | |
| v. | * | |
| Burlington Northern Santa Fe Railroad Company, a corporation, | * | |
| Defendant - Appellee. | * | |

**JUDGMENT**

The joint motion for dismissal of this appeal is granted in accordance with the stipulation. The appeal is hereby dismissed.

The Court's mandate shall issue forthwith.

(5359-010199)

August 11, 2004

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

SCANNED
AUG 13 2004
U.S. DISTRICT COURT ST. PAUL

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

August 11, 2004

Mr. Russell A. Ingebritson
INGEBRITSON & ASSOCIATES
Suite 450
100 S. Fifth Street
Minneapolis, MN 55402

Mr. Douglas A. Albritton
FREEBORN & PETERS
Suite 3000
311 S. Wacker Drive
Chicago, IL 60606

RECEIVED
BY MAIL
AUG 13 2004
CLERK US DIST COURT
ST. PAUL, MN

Re: 04-2186 Duane Larson vs. Burlington Northern

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

Sincerely,

Michael E. Gans
Clerk of Court

dmh
Enclosure

cc: Honorable Joan N. Ericksen, U.S. District Judge
Richard Allen Lockridge
Robert Kinney Shelquist
Martin A. Carlson
Philip G. Arnold
Kathryn M. Kohn
Chris R. Young
Douglas A. Albritton
John Z. Lee
Weston W. Marsh
Steven E. Cyranoski
Christopher Hubert Yetka
Edward M. Glennon
Richard Sletten, Clerk

District Court Case Number: CIV 01-527 JNE/RLE